**Fill in this information to identify the case:**

Debtor 1: Kimberly A. Dent

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Ohio

Case number: 18-53977

---

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ Investors, L.P**

**Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 8 4 7 6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____

**\*\*** Please note Creditor is in the process of filing a Transfer of Claim to reflect Creditor as the Transferee of this Claim. However, this notice is being filed to ensure Creditor's compliance with Fed. R. Bankr. P. 3002.1.

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | 11/16/18 ($3,111.34); 2/13/19 ($1,635.14) | (8) | $ 4,746.48 |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify:_____ | _____ | (11) | $ _____ |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

| Debtor 1 | Kimberly A. Dent | | Case number (*if known*) 18-53977 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/LeAnn E. Covey
Signature

Date  05/15/2019

Print: LeAnn E. Covey
First Name  Middle Name  Last Name

Title  Attorney for Creditor

Company: Clunk, Hoose Co., LPA

Address: 4500 Courthoose Blvd, Suite 400
Number  Street
Stow, OH 44224
City  State  ZIP Code

Contact phone  330-436-0300

Email  bknotice@clunkhoose.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Post-Petition Mortgage Fees, Expenses, and Charges was served

(i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

(ii) by **ordinary U.S. Mail** on May 15, 2019 addressed to:


Kimberly A Dent
4950 Petticoat Court
Columbus, OH  43231-0000


/S/ LeAnn E. Covey
LeAnn E. Covey, Esquire